701 A.2d 223

**Dennis J. PAULI, Appellant,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellee.**

Supreme Court of Pennsylvania.

Argued March 5, 1997.

Decided Oct. 21, 1997.

Janet DelCampo, for Dennis J. Pauli.

James K. Bradley and Clifford Blaze, Maribeth Wilt-Seibert, Harrisburg, for Unemployment Compensation Bd. of Review.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

AND NOW, this 21st day of October 1997, we dismiss the appeal as having been improvidently granted.